UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.        No. 2:21-cv-00724-WJ-GBW

CITY OF LOVINGTON, a Municipal Corporation,

    Defendant.

## ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

**THIS MATTER** came before the Court upon the Motion of Plaintiff to dismiss her Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice, each party to pay her or its own costs and attorney's fees.

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE